NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5036

HARVEST INSTITUTE FREEDMAN FEDERATION,
BLACK INDIANS UNITED LEGAL DEFENSE
FUND, and WILLIAM WARRIOR,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Percy Squire, Percy Squire Company, LLC, of Columbus, Ohio, argued for plaintiffs-appellants.

Elizabeth Ann Peterson, Trial Attorney, Environment and Natural Resources, Appellate Section, United States Department of Justice, of Washington, DC, argued for defendant-appellee.  With her on the brief was Ronald J. Tenpas, Assistant Attorney General.

Appealed from:  United States Court of Federal Claims

Senior Judge Robert H. Hodges, Jr.

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5036

HARVEST INSTITUTE FREEDMAN FEDERATION,
BLACK INDIANS UNITED LEGAL DEFENSE
FUND, and WILLIAM WARRIOR,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

# Judgment

ON APPEAL from the     UNITED STATES COURT OF FEDERAL CLAIMS

in CASE NO(S).     06-CV-907

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (SCHALL, GAJARSA, and MOORE, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED May 14, 2009          /s/ Jan Horbaly
                            Jan Horbaly, Clerk